AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Duffey, Jr., William S. | 2. Court or Organization  Northern District of Georgia | 3. Date of Report  05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Court - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  1721 United States Courthouse 75 Spring Street, S.W. Atlanta, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 26 A 9: 58
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Duffey Jr_William_S

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Mary Hall Freedom House, Inc. - Salary |
| 2. 2008 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 3. 2008 | Penguin Group (USA) Inc. - royalties from copyrights |
| 4. 2008 | Self-employed writer |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of South Carolina | 4/17/08-4/18/08 | Columbia, SC | Professional/Civic Org. | Travel |
| 2. Chemonics International, Inc. | 6/6/08-6/13/08 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 3. Federal Courts | 10/27/08-10/30/08 | West Palm Beach, FL | Educational Seminar | Travel |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. -American LTD Term Tax-Ex Bond | A | Interest | K | T | Sold (part) | 05-23 | J | | |
| 4. -Franklin Mutual Shares Fund | A | Dividend | K | T | Sold (part) | 12-23 | K | | |
| 5. | A | Distribution | | | | | | | |
| 6. -Atlanta WTR-A BE | B | Interest | K | T | | | | | |
| 7. -Van Kampen Emerging Market Fund | A | Dividend | L | T | Sold (part) | 06-18 | J | D | |
| 8. | E | Distribution | | | | | | | |
| 9. -Van Kampen Equity Growth Fund | | None | K | T | | | | | |
| 10. -Unit Van Kampen Equity Allocation Portfolio | B | Dividend | L | T | Sold (part) | 08-01 | M | | |
| 11. | D | Distribution | | | | | | | |
| 12. IRA #1 | A | Dividend | M | T | | | | | |
| 13. | C | Interest | | | | | | | |
| 14. -MS Bank Deposit Program | | | | | | | | | |
| 15. -FHR 2920 WG 5.25% | | | | | | | | | |
| 16. -Federal National Mtg Assn | | | | | Sold (part) | 12-25 | J | | |
| 17. -MS International Fund C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fed Home Ln Bk 5.00% | | | | | Matured | 1-17 | K | A | |
| 19. -Franklin Perspectives All C | | | | | | | | | |
| 20. -AIPABSRT | | | | | | | | | |
| 21. -Fed Home LN BK 2/2/18 | | | | | Buy | 1-24 | K | | |
| 22. IRA #2 | A | Interest | M | T | | | | | |
| 23. -MS Bank Deposit Program | | | | | | | | | |
| 24. -AIPABSRT | | | | | | | | | |
| 25. -Keyworth Bank | | | | | | | | | |
| 26. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 27. -Van Kampen Growth & Income C | | | | | | | | | |
| 28. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 29. -Van Kampen Growth & Income C | | | | | | | | | |
| 30. Brokerage #4 (See Part VIII) (X) | | | | | | | | | |
| 31. -MS Bank Deposit Program (See Part VIII) (X) | | | | | | | | | |
| 32. -MS Strategist Fund C (See Part VIII) (X) | | | | | | | | | |
| 33. -Unit Van Kampen Core Equity Alloc. Port (See Part VII) (X) | | | | | | | | | |
| 34. NW Mutual Extra Ordinary Life | | None | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NW Mutual Estate CompLife | | None | L | | | | | | |
| 36. NW Mutual 65 Life | | None | L | | | | | | |
| 37. K & S Investments | A | Interest | J | U | | | | | |
| 38. | A | Dividend | | | | | | | |
| 39. | A | Distribution | | | | | | | |
| 40. C & B Capital I, L.P. * | C | Dividend | K | U | | | | | |
| 41. | A | Interest | | | | | | | |
| 42. | B | Distribution | | | | | | | |
| 43. C & B Capital II, L.P. ** | A | Interest | K | U | | | | | |
| 44. | D | Distribution | | | | | | | |
| 45. | D | Dividend | | | | | | | |
| 46. Betsy Byars, Inc. | | None | M | W | | | | | |
| 47. Gold coins | | None | J | T | | | | | |
| 48. Brokerage Account #1 | | | | | | | | | |
| 49. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 50. -Intertational Value Equity Fund | | None | | | Sold | 11-07 | M | | |
| 51. -MS Equally Weighted S & P 500 | D | Distribution | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | | | | | | | |
| 53. -San Diego Cnty CA Pension Oblg | B | Interest | | | Sold | 02-28 | L | | |
| 54. -Blackrock Global Allocation C | B | Dividend | L | T | Buy | 11-13 | K | | |
| 55. Brokerage Account #3 | | | | | | | | | |
| 56. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 57. -Ishares Dow Jns US Financial Sector | B | Dividend | K | T | | | | | |
| 58. -Ishares Dow Jns Us Cons Cyclcl | A | Dividend | | | Sold | 10-24 | K | | |
| 59. -Ishares DJ US Cnsmr Non Cyclcl | A | Dividend | K | T | | | | | |
| 60. -Ishares DJ US Healthcare Scter | A | Dividend | L | T | | | | | |
| 61. -Ishares DJ US Indl Scter | A | Dividend | K | T | | | | | |
| 62. -Ishares MSCI Emerging Mkts Fd | A | Dividend | J | T | | | | | |
| 63. -Ishares MSCI EAFE Fund | B | Dividend | K | T | | | | | |
| 64. -Standard & Poors Midcap 400 | A | Dividend | K | T | | | | | |
| 65. IRA #3 | E | Dividend | O | T | | | | | |
| 66. | D | Interest | | | | | | | |
| 67. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 68. -The Technology Sel Sec SPDR FD | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares Dow Jns US Fincl Sectr | | | | | | | | | |
| 70. -Ishares DJ US Basic Mtls Sctr | | | | | | | | | |
| 71. -Ishares Dow Jns US Cons Cyclcl | | | | | | | | | |
| 72. -Ishares DJ US Healthcare Sctr | | | | | | | | | |
| 73. -Powershares Dynamic Pharmaceutacal | | | | | | | | | |
| 74. -Powershares Exchange TR FD | | | | | | | | | |
| 75. -Eaton Vance Ltd Durations FD | | | | | | | | | |
| 76. -Ishares S&P Glbl Engy Sctr Idx | | | | | | | | | |
| 77. -FHR 3237 CB | | | | | Sold (part) | 8-15 | J | A | |
| 78. -GNMA Pool | | | | | Sold (part) | 12-20 | J | A | |
| 79. -US TSY Note 8/15/09 | | | | | | | | | |
| 80. -US TSY Note 11/15/08 | | | | | Matured | 11-13 | J | A | |
| 81. -MFS Charter Income TR SBI | | | | | | | | | |
| 82. -US TSY BD Fed 2/15/09 | | | | | | | | | |
| 83. -Ishares MSCI Growth Index FD | | | | | | | | | |
| 84. -FHLMC 7/15/14 | | | | | | | | | |
| 85. -Ishares Glbl Tech Sectr | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Ishares IBOXX Invest GR | | | . | | Buy | 2-06 | M | | |
| 87.  -Ishares Lehman Aggregate | | | | | Buy | 2-06 | M | | |
| 88.  -FHLMC 11/20/15 | | | | | Buy | 11-17 | K | | |
| 89.  One Georgia Bank | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffey, Jr., William S. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Ownership interest percentage is 0.20875%. During the reporting period, C&B Capital I, L.P. held interests in the following companies:
Ancillary Health Care Solutions, Inc.
Central Security Group, Inc.
VCG, LLC
Global Care, Inc.
NuBridges, Inc.
Alliance Surgery, Inc.
Alimera Sciences, Inc.
Focus Receivables Management, Inc.
Healthmark Partners, Inc.

**Ownership interest percentage is 0.74334%. During the reporting period, C&B Capital II, L.P. held interests in the following companies:
SnagAJob.com, L.P.
CBG Holdings, Inc.
Alimera Sciences, Inc.
All Web Leads, Inc.
Brightree, LLC
Healthcare Solutions, Inc.
Prommis Solutions, Inc.

***Brokerage Account #4 is owned ██████████████████████.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544